

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00740-CV

Art **REYNA**,
Appellant

v.

Irene **BALDRIDGE** and Kathy Hill,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03985
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Brief is hereby GRANTED. The Appellant's Brief is due January 8, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court